IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ERNESTO VIZCARRA-AGUILAR                                                    PETITIONER
*REG #56682-408*

V.                                  CASE NO. 2:24-cv-00127-BSM-JTK

Chad Garrett, Warden                                                        RESPONDENT
FCI – Forrest City, AR

**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge Brian Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

DISPOSITION

Petitioner Ernesto Vizcarra-Aguilar ("Vizcarra-Aguilar") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 1) He subsequently filed a Motion for Emergency Protective Order, (Doc. No. 2) which was docketed September 10, 2024. The Court denied that motion on September 11 (Doc. No. 4) and had previously ordered him to pay the filing fee or to file a motion for leave to proceed *in forma pauperis* on September 10. (Doc. No. 3) He was notified that his failure to comply with the September 10, 2024 order within 30 days may

1

result in the dismissal of his petition pursuant to Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure. (Doc. No. 3)

Specifically, Local Rule 5.5(c)(2) provides the following:

It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

The Clerk of Court mailed copies of both the September 10, 2024, and September 11, 2024 orders to Vizcarra-Aguilar at the address provided when he initiated this case. That exact address is Forrest City Low-Federal Correctional Institution (Inmate Mail/Parcels); Post Office Box 9000; Forrest City, Arkansas 72336-9000. The envelopes containing the orders and other documents were returned undeliverable, noting "INMATE NOT AT THIS INSTITUTION." (Doc. Nos. 5–8) According to the Federal Bureau of Prisons ("BOP") inmate locator, Vizcarra-Aguilar was released from the BOP on September 6, 2024.

More than 30 days have passed since the entry of the September 10th order. Currently, Vizcarra-Aguilar has not provided his current address, has not paid a filing fee, and has not filed a motion for leave to proceed *in forma pauperis*. Thus, it is recommended that this case be dismissed without prejudice and that judgment be entered accordingly.

DATED THIS 17th day of December, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE