# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ERNESTO VIZCARRA-AGUILAR**  **PETITIONER**
*REG #56682-408*

v.   **CASE NO. 2:24-CV-00127-BSM**

**CHAD GARRETT, Warden**
**FCI - Forrest City, AR**   **RESPONDENT**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's proposed findings and recommended disposition [Doc. No. 9] is adopted. Ernesto Vizcarra-Aguilar's case is dismissed without prejudice because he has not provided his current address, has not paid the filing fee, and has not filed a motion for leave to proceed *in forma pauperis* as ordered. Doc. No. 3.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE