IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ERNESTO VIZCARRA-AGUILAR**                                                    **PETITIONER**
*REG #56682-408*

v.                               **CASE NO. 2:24-CV-00127-BSM**

**CHAD GARRETT, Warden**
**FCI - Forrest City, AR**                                                          **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE